UNITED STATES DISTRICT COURTS
EASTERN DISTRICT OF TEXAS
_____ DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF TEXAS
AUG - 9 2018
BY
DEPUTY _____

Sandra Jean Price

Case Number: 1:18cv390

Name of Plaintiff(s)

vs

Riceland Healthcare

Name of Defendant(s)

### COMPLAINT UNDER TITLE VII OF THE CIVIL RIGHTS ACT OF 1964

Note: If plaintiff is alleging employment discrimination based on race or color, please also see 42:U.S.C. 1981

1. This action is brought pursuant to Title VII of the Civil Rights Act of 1964 for employment discrimination. Jurisdiction is specifically conferred on the court by 42 U.S.C. 2000e-5. Equitable and other relief are also sought under 42 U.S.C. 2000e-5(g).

2. Plaintiff, __Sandra Jean Price__, is a citizen of the United States
   (name of plaintiff)
   and resides at __3035 61st St__ , __Port Arthur__
   (street address)                                              (city)
   __Jefferson__ , __TX__ , __77640__ __(409) 736-8919__
   (county)   (state)   (zip)     (telephone)

8. Because of plaintiff's (1) _____ race, (2) _____ color, (3) _____ sex,

   (4) _____ national origin, defendant:

   a. _____ failed to employ plaintiff.

   b. _____ terminated plaintiff's employment.

   c. _____ failed to promote plaintiff.

   d. __X__ Other _Retaliation, disability_
   ~~vegtex~~

9. The circumstances under which the defendant discriminated against plaintiff were as follows:

   - Retaliation for filing EEOC in November 2017.
   - Since filing previous EEOC employer has been "black balling" me. I have been cast aside; shunned and given short end of the deal.
   - I have been limited to 1 day a week.
   - I have been denied more hours.
   - I have suffered from lack of an increase of pay.
   - There has been much mental anguish, including: depression, anxiety ~~and~~ lack of sleep, diarrhea, constipation and mood instability.
   ~~Rest~~ EPUDS

3.. Defendant, __Riceland Healthcare__, resides at, or its business is
       (name of defendant)

located at __538 Broadway__, __Winnie__,
            (street address)                    (city)

__Chambers__, __TX__, __77665__, __(409)296-6000__
 (county)     (state)   (zip)      (telephone)

4. Plaintiff sought employment from the defendant or was employed by the defendant

at __538 Broadway__, __Winnie__,
     (street address)            (city)

__Chambers__, __TX__, __77665__.
 (county)    (state)   (zip)

5. Defendant discriminated against plaintiff in the manner indicated in paragraphs 9 and 10

of the complaint on or about __April 30, 2018__.
                              (month, day, year)

6. Plaintiff filed charges against the defendant with the Equal Employment Opportunity Commission charging defendant with the acts of discrimination indicated in paragraphs 9 and 10 of this complaint on or about __April 30, 2018__.
                                                                (month, day, year)

7. The Equal Employment Commission issued a Notice of Right to Sue which was received by plaintiff on __May 17, 2018__.
                                                     (month day, year)

10. The acts set forth in paragraph 9 of this complaint:

    a. _X_ are still being committed by defendant.

    b. ____ are no longer being committed by defendant.

    c. _X_ defendant may still be committing the acts.

11. Plaintiff attaches to this complaint a copy of the charges filed with the Equal Employment Opportunity Commission which charges are submitted as a brief statement of the facts supporting this complaint. WHEREFORE, Plaintiff prays that the Court grant the following relief to the plaintiff:

    a. ____ Defendant be directed to employ plaintiff.

    b. ____ Defendant be directed to re-employ plaintiff.

    c. ____ Defendant be directed to promote plaintiff.

    d. _X_ Defendant be directed to Back pay, reinstatement, any medical bills, etc., and that the

    Court grant such relief as may be appropriate, including injunctive orders, damages, costs and attorney's fees.

_____Sandra J. Brice_____
(Signature of Plaintiff)