General Complaint

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS

FILED
U.S. EASTERN DISTRICT COURT
EASTERN DISTRICT OF TEXAS
NOV -8 2018
BY DEPUTY

Sandra Jean Price

Case Number: 1:18-CV-390

List the full name of each plaintiff in this action.

VS.

Riceland Healthcare          2nd Amended
                             11-9-18

List the full name of each defendant in this action.
Do not use "et al".

Attach additional pages if necessary.

I.  ATTEMPT TO SECURE COUNSEL:

   Please answer the following concerning your attempt to secure counsel.

   A.  In the preparation of this suit, I have attempted to secure the aid of an attorney as follows: (circle one)

       ① Employ Counsel
       2. Court - Appointed Counsel
       ③ Lawyer Referral Service of the State Bar of Texas,
          P. O. Box 12487, Austin, Texas 78711.

   B.  List the name(s) and address(es) of the attorney(s):

       See attached list

C. Results of the conference with counsel:
_All refused to take case_

II. List previous lawsuits:

A. Have you filed other lawsuits in state or federal court dealing with the same facts involved in this action or any other incidents? ____Yes __✓__ No

B. If your answer to "A" is "yes", describe the lawsuit in the space below. If there is more than one lawsuit, attach a separate piece of paper describing each.

1. Approximate file date of lawsuit: _____

2. Parties to previous lawsuit(s):

Plaintiff _____

Defendant _____

Attach a separate piece of paper for additional plaintiffs or defendants.

3. Identify the court the lawsuit was filed. If federal, name the district. If state, name the county.

_____

4. Docket number in other court. _____

5. Name of judge to whom the case was assigned.

_____

6. Disposition: Was the case dismissed, appealed or still pending?

_____

7. Approximate date of disposition. _____

III. Parties to this suit:

A. List the full name and address of each plaintiff:

Pla #1 ~~Riceland Healthcare~~ error SP

Pla #1 Sandra J. Price
3035 61st. St.
Port Arthur, Tx. 77640

B. List the full name of each defendant, their official position, place of employment and full mailing address.

Dft #1: Riceland Healthcare Administra
538 Browdway, Winnie, Tx, 77665

Dft #2: _____

Dft #3 _____

Attach a separate sheet for additional parties.

IV: Statement of Claim:

State as briefly as possible the fact of your case. Describe how each defendant is involved. Include the names of other persons involved with dates and places. Do not give any legal arguments or cite cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Use as much space as you need, attaching additional pages if necessary.

I have filed an EEOC complaint and have been granted a right to sue letter.

V.   Relief: State Briefly exactly what you want the court to do for you. Make no legal arguments and do not cite cases or statutes. Attach additional pages if necessary.

Please allow me to file this case to United States District Cour Easton District of Texas

Signed this 8th ~~9th~~ ~~Monday~~ error SP addon day of November 2018 ~~August~~, 20 ~~18~~ 2018
(Month)                         (Year)

*Sandra J. Price*
*Sandra J. Price*

I declare (certify, verify or state) under penalty of perjury that the foregoing is true and correct.

Executed on: 8th November 2018 ~~4th August 2018~~ addon
              Date

*Sandra J. Price*
*Sandra J. Price*

Signature of each plaintiff

List of Lawyers I contacted.
May thru August 2018

① Buenker Law Firm
2060 North Loop W St. 215
Houston Tx    713-868-3388

② Rosenberg / Sprovach
3518 Travis St. 200
Houston Tx. 200
713-960-8300

③ Shellist / Lazar / Slobin
11 Greeway Plasa St 1515
Houston, Tx. 77046
713-621-2277

④ Butler / Harris
1007 Heights Blvd.
Houston, Tx 77008
713-526-5677

11-8-2018
SP

5) Diedrich, Warren, Siurek
3334 Richmond. Ave St. 100
Houston Tx.
713-522-0066 x 104

6) Kennard Law
2603 Augusta Drive 14th Floor
Houston, 77057
210-410-4289

7) Spielberger.law
656 Coleman Blvd. St. 405
Mt. Pleasant N.C. S.C
800-965-1570

8) Houston Lawyers
R.S. Wiley, Wheeler, St. John
1651 Richmond Ave
Houston, Tx 77066    713-337-1333

9) Robinson Law
7500 San Felipe St. St. 800
Houston 77063
832-548-9399
713-568-1723

(10) Fiteau + Sullivan
9894 Bissonet #865
Houston 77036
713-236-1400

(11) Sud Law
6750 W. Loop South
Suite 920
Bellaine Tx, 77401
832-623-6420   Lottie

(12) Armstrong + Ass.
440 Louisiana Ave
Houston 77002
832-975-0528   713-275-2181

(13) Alberti Sullivan
712 Main St. 900
Houston 77002
713-401-3555

(14) Provost/Humphrey
490 Park St.
Pt. Arthur Site
409-835-6000

(15) Fiddler & Ass.
1004 Congress Houston, TX
281-228-0078

(16) Moore and Associates
440 Louisiana St. 675
Houston, TX          Galveston Site

Others contacted.

Labor Law Dept.
1-800-832-9243

Civil Rights Division

Jefferson

Tx Law Help   1-800-252-9108

Lone Star Legal   1-800-733-8394
              713-652-0077

drtx.org
   800-252-9108

Majority have paperwork (written)

Beaumont lawyers would not take.

\* I thougt I would have to be under US poverty line. But I suspect is not true in all I have read.?

Thank you,
Sandra J Price

Certificate of Service

11-10-18 I give a copy of my admended report submitted to Chris Portner.
1905 Calder Ave
P.O. Box 3567
Beaumont, Tx. 77704-3567
ph. 409-838-4444

Sandra J Price