| UNITED STATES DISTRICT COURT | EASTERN DISTRICT OF TEXAS |
|---|---|

| | |
|---|---|
| SANDRA JEAN PRICE,  §<br>§<br>Plaintiff,  §<br>§<br>v.  §<br>§<br>RICELAND HEALTHCARE,  §<br>§<br>Defendant.  § | CIVIL ACTION NO. 1:18-CV-390 |

## FINAL JUDGMENT

This Final Judgment is entered pursuant to Federal Rule of Civil Procedure 58 and the Court's Order Granting Summary Judgment, entered contemporaneously with this judgment. Pursuant to that order, the Court **ORDERS** that all causes of action asserted by Plaintiff Sandra Jean Price in this case are **DISMISSED**, with prejudice. This case is **CLOSED** and this constitutes a final judgment for appeal purposes.

SIGNED at Beaumont, Texas, this 27th day of September, 2019.

_____
MARCIA A. CRONE
UNITED STATES DISTRICT JUDGE